## Commonwealth ex rel. Carter *v.* Carter, Appellant.

Argued December 10, 1971. *Daniel W. Shoemaker,* for appellant; *Kenneth F. Lee,* with him *Black and Davison,* for appellee.

Order affirmed.

## Commonwealth ex rel. Kambin *v.* Kambin, Appellant.

Argued December 7, 1971. *Tom P. Monteverde,* with him *Pelino, Wasserman, Chucas & Monteverde,* for appellant; *Maxwell P. Gorson,* with him *Goldberg & Gorson,* for appellee.

Order affirmed.